616

No. 140.  LONG *v.* COMMISSIONER OF INTERNAL REVENUE.  October 10, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.  *Messrs. Jefferson P. Chandler* and *John F. Gilbert* for petitioner.  *Acting Solicitor General Gardner, Assistant Attorney General Morris,* and *Messrs. Sewall Key, John J. Pringle, Jr.,* and *Robert K. McConnaughey* for respondent.

No. 141.  CHESSER ET AL. *v.* UNITED PRODUCTION CORP. October 10, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. W. L. Matthews* and *J. W. Ragsdale* for petitioners.  No appearance for respondent.

No. 144.  PUBLIC MUTUAL BENEFIT FOUNDATION *v.* HUNT, INSURANCE COMMISSIONER OF PENNSYLVANIA. October 10, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Benjamin Dowden, Archibald Palmer,* and *Ralph W. Rymer* for petitioner.  *Mr. Guy K. Bard* for respondent.

No. 145.  McGRATH ET AL., TRUSTEES, *v.* DAVISON. October 10, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Emanuel Celler* for petitioners.  *Messrs. Alfred T. Davison* and *Orrin G. Judd* for respondent.

No. 148.  BRINK ET AL., TRUSTEES, *v.* COMMISSIONER OF CORPORATIONS AND TAXATION.  October 10, 1938.  Petition for writ of certiorari to the Supreme Judicial Court